**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **OVELL T. BARBER,** | ) | **Civil Action No. 7:12-cv-00533** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **SGT. K. COPELAND, <u>et al.</u>,** | ) | **By:** **Hon. Michael F. Urbanski** |
| **Defendants.** | ) | **United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that plaintiff's motions to amend and to add a new defendant are **DENIED**; the Amended

Complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may

be granted, pursuant to 28 U.S.C. § 1915A(b)(1); and the action is **STRICKEN** from the active

docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum

Opinion to plaintiff.

Entered:  January 29, 2013

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge